IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                    :
                                          :
C & A, S.E.,                              :      Case No. 05-5297 (GAC)
                                          :
        Debtor                            :      Chapter 11
_____:

DECISION AND ORDER

This case was filed as a voluntary petition under Chapter 11 on June 9, 2005.  On November 21, 2006, the debtor filed an application to employ Esteban Mulero Gonzalez ("Mulero") as C.P.A. to prepare financial statements and tax returns (dkt. #202). Mulero attested that he had no connection with the debtor.  The following day, the Court approved the employment (dkt. #203).

On December 18, 2006, Mulero filed an application for compensation seeking fees in the amount of $9,290 and expenses of $39.  The bill attached to the application is dated August 15, 2006 and indicates that it is for professional services rendered between May 1, 2005 and August 15, 2006.

Based on the fee application, the Court finds that Mulero began rendering services to the debtor prior to the filing of the petition and did not seek to be employed by the estate until more than one and a half years later.  Since the fees sought pertain to a time period prior to the filing of the application for employment, the Court concludes that pursuant to In re Jarvis, 53 F.3d 416 (1st Cir. 1995) and its progeny, Mulero must file a post facto application for employment.  Accordingly, the order granting

Mulero's employment (dkt. #203) will be vacated and the compensation sought will be denied without prejudice.

<u>ORDER</u>

WHEREFORE IT IS ORDERED that the Court's order approving the employment of Esteban Mulero Gonzalez as C.P.A. (dkt. #203) shall be, and it hereby is, VACATED.

IT IS FURTHER ORDERED that the application for compensation filed by C.P.A. Mulero (dkt. #212) is DENIED WITHOUT PREJUDICE.

SO ORDERED.

San Juan, Puerto Rico, this 8th day of February, 2007.

s/ Gerardo A. Carlo

_____
GERARDO A. CARLO
Chief, U.S. Bankruptcy Judge